USCA1 Opinion

 

 [NOT FOR PUBLICATION] _________________________ Nos. 97-1231/97-1232 VINICIO MEDRANO DIAZ, ET AL., Plaintiffs, Appellants, v. ORLANDO R. GONZALEZ HERNANDEZ, ET AL., Defendants, Appellees. _________________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Daniel R. Dominguez, U.S. District Judge] _________________________ Before Selya, Circuit Judge, Hill,* Senior Circuit Judge, and Boudin, Circuit Judge. _________________________ Igor J. Dominguez and Ramon Torres Rodriguez for appellants. Eli B. Arroyo for appellee Vasquez-Botet. Victor P. Miranda Corrada on brief for remaining appellees. _________________________ August 5, 1997 _________________________ ______________________ *Of the Eleventh Circuit, sitting by designation. Per  Curiam. We affirm the judgment below for substantially the reasons set forth in the well-reasoned opinions of the district court and the bankruptcy court, respectively. See Medrano Diaz v.  Vasquez-Botet, 204 B.R. 842 (D.P.R. 1996);  Medrano Diaz v. Vasquez-Botet, 182 B.R. 654 (Bankr. D.P.R. 1995). Affirmed. See Loc. R. 27.1. 2